```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :     25cr293(DLC)
              -v-                     :
                                      :        ORDER
CLIVIE SMITH, et al.,                 :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The defendant Ezzat Aloudi having been arraigned in front of Magistrate Judge Stein on July 2, 2025, the parties are hereby

NOTIFIED that an initial conference was held on July 1, 2025 for defendants Clivie Smith and Jemar Levine. At that conference, a trial date of April 6, 2026 was chosen, with any defense motions due December 5 and responses due December 19. Time was excluded until April 6, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(A). Please refer to the transcript of that conference for all other details.

IT IS HEREBY ORDERED that an initial conference with defendant Aloudi will be held on July 15, 2025 at 1:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          July 8, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge