

VLADECK
RASKIN
CLARK P.C.

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

November 24, 2025

**By Email and ECF**

Granted.

*Denise Cote*

12/1/25

Hon. Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Clivie Smith et al.*, 25 Cr. 293 (DLC)

Dear Judge Cote:

I write on behalf of all defense counsel and with the Government's consent to request an adjournment of the current pre-trial motion schedule for one month.  The parties are engaged in pre-trial disposition negotiations and believe an adjournment of the motion schedule will benefit that process.

Currently, defense motions are due on December 5, 2025.  We request that they be adjourned approximately one month until January 7, 2026 (given the intervening holidays).  The Government will respond on or before January 21, 2026.  All defense counsel seek the request and the Government consents.

We are of course mindful of the Court's obligations, too, however the trial date is scheduled for April 20, 2026 and Speedy Trial has been waived until that date.  Accordingly, neither the trial date nor Speedy Trial concerns will be impacted by this adjournment if the Court is inclined to grant it.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Susan J. Walsh
Attorney for Clivie Smith

cc:  All Attorneys of Record
     (by email and ECF)

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006
#1021162