```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :         25cr293-1(DLC)
              -v-                          :
                                           :            ORDER
CLIVIE SMITH,                              :
                                           :
                         Defendant.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

A new attorney having filed a notice of appearance for this defendant in this action, it is hereby

ORDERED that a conference to address the request for a change of counsel is scheduled for **December 12, 2025 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          December 9, 2025

                                _____
                                DENISE COTE
                                United States District Judge