```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :         25cr293-1(DLC)
                                           :
            -v-                            :              ORDER
                                           :
CLIVIE SMITH,                              :
                                           :
                       Defendant.          :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on December 12, 2025, it is hereby

ORDERED that CJA counsel Susan Walsh is relieved as counsel in this matter and the appearance of Albert Dayan is accepted to represent the defendant.

Dated:    New York, New York
          December 12, 2025

_____
DENISE COTE
United States District Judge