UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        25cr293-1(DLC)
              -v-                          :
                                           :           ORDER
CLIVIE SMITH,                              :
                                           :
                       Defendant.          :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

        Having received the defendant's letter of March 11, 2026, it

is hereby

        ORDERED that a conference is scheduled for **March 13, 2026**

**at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:      New York, New York
            March 12, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge