UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                         :
UNITED STATES OF AMERICA        :
                         :          25cr293-1(DLC)
          -v-                   :
                         :            ORDER
CLIVIE SMITH,                 :
                         :
                 Defendant.    :
                         :
------------------------------------------ X

DENISE COTE, District Judge:

      IT IS HEREBY ORDERED that a conference to address the request for a change of counsel in this case is scheduled for **March 27, 2026 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
            March 26, 2026

                             _____
                                 DENISE COTE
                     United States District Judge