UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        25cr293-1 (DLC)
                                        :
        -v-                             :        ORDER
                                        :
CLIVIE SMITH,                           :
                                        :
              Defendant.                :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     As set forth on the record at the conference held on March

27, 2026, it is hereby

     ORDERED that retained counsel Albert Dayan is relieved as

counsel in this matter and C.J.A. counsel Sarah Krissoff is

appointed to represent the defendant.

Dated:    New York, New York
          March 27, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge