UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA, : 25cr293-1 (DLC)

-v- : ORDER

CLIVIE SMITH,

Defendant.

---------------------------------------X

DENISE COTE, District Judge:

The defendant in this matter is scheduled to be sentenced on July 10, 2026. It is hereby

ORDERED that the Government shall bring to the sentencing the materials from the defendant's phone listed by Probation in paragraph 11 of the Presentence Investigation Report.

Dated: New York, New York
July 9, 2026

DENISE COTE
United States District Judge